UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

David Brown, Et Al,
**PLAINTIFF(S)**

CIVIL ACTION c/w
No. 18-6625 / 18-6626
SECTION: E (5)

VERSUS

Shedrick T. Ivey and Westfield Insurance Company
**DEFENDANT(S)**

**ORDER**

Considering the Motion for voluntary dismissal,

IT IS ORDERED that the Motion is GRANTED and that Plaintiff's claims against Defendants, Westfield Insurance Company, Shedrick T. Ivey, and BAH Express, Inc., are dismissed with prejudice.

New Orleans, Louisiana, this **16th** day of September, 2019.

_____
United States Magistrate Judge